UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re:<br>JESSICA MARGARET CAROLINE BUTLER,<br><br>Debtor.<br><br>JESSICA MARGARET CAROLINE BUTLER<br><br>    Plaintiff,<br>VS.<br><br>U.S. DEPARTMENT OF EDUCATION<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 23-30828-ps<br>CHAPTER 7<br><br><br><br><br><br>ADVERSARY CASE NO.: 23-03032-pes |

## **AMENDED PROPOSED ORDER AND CONSENT JUDGMENT**

The parties having filed their agreed stipulation and consent to judgment (Dkt # 11), and good cause appearing, NOW THEREFORE:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The agreed stipulation and consent to judgment (Dkt # 11) of the parties is approved.

2. The prevailing party, Plaintiff Jessica Margaret Caroline Butler, recovers from Defendant, United States Department of Education, a complete discharge of her federal student loan debt in the sum of $97,838.77 and any interest accrued on her student loan debt up to the date of this judgment.

3. Each party will bear their own costs and attorney's fees in this matter.

4. This judgment is in full satisfaction and discharge of all claims, demands, and causes of action that plaintiff has, or may have, against defendant the date of this judgment. This case is hereby dismissed.

Dated: _____

                                          HONONABLE PAUL SINGLETON
                                          UNITED STATES BANKRUPTCY JUDGE